Certificate Number: 05781-NYE-DE-041631598

Bankruptcy Case Number: 26-73217

05781-NYE-DE-041631598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2026, at 5:50 o'clock PM PST, Melissa Schuman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: November 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President